**George Anthony DEMPSEY,
Petitioner—Appellant,**

v.

**Joseph V. SMITH, Respondent—
Appellee.**

No. 04–7819.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.
Decided: March 30, 2005.

George Anthony Dempsey, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before: WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Anthony Dempsey, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dempsey v. Smith,* No. CA–03–2890 (D.S.C. Sept.

28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*